| B104 (3/87) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | |

| PLAINTIFFS<br><br>**MBNA America Bank, N.A.** | DEFENDANTS<br><br>**Joshua Robert Morrison** |
|---|---|
| ATTORNEYS<br>Christian Frank<br>Southern and Allen, Attorneys at Law<br>12410 Cantrell, Suite 100<br>Little Rock, AR 72223 | ATTORNEYS<br>Jack W. Dickerson<br>Attorney At Law<br>801 Louisiana<br>Little Rock, AR 72201-4619 |

PARTY (Check One Only) ____ U.S. PLAINTIFF ____ U.S. DEFENDANT __X__ U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S STATUTES INVOLVED)

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**
**11 U.S.C. SECTION 523(a)(2)(A)**

**NATURE OF SUIT**
(Check the most appropriate only)

| | | |
|---|---|---|
| ____ 454 To recover money of property<br>____ 435 To determine validity, priority, or extent of a lien or other interest in property.<br>____ 458 To obtain approval for the sale of both the interest of the estate and of co ownership in property.<br>____ 424 To object to or revoke a discharge or interest 11 U.S.C. Section 727. | ____ 435 To revoke an order or confirmation of Chap. 11 or Chap. 13 Plan.<br>_X__ 426 To determine the dischargeability of a debt 11 U.S.C. Section 523.<br>____ 434 To obtain an injunction or other equitable relief.<br>____ 457 To subordinate any allowed claim or interest | ____ 456 To obtain a declaratory judgment relating to any of the foregoing causes.<br>____ 459 To determine a claim or cause of action removed to a bankruptcy court.<br>____ 498 Other(specify) |

| ORIGIN OF PROCEEDINGS (Check one only)<br><br>__X__ Original Proceeding    ____ Removed Proceeding    ____ Transferred to another Bankruptcy Court    ____ Reinstated or Reopened | ____ CHECK HERE IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|

| DEMAND<br>$1,619.00 | NEAREST THOUSAND<br>$2,000.00 | OTHER RELIEF SOUGHT<br>Attorney's fees & costs | ____ Jury Demanded |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>**Joshua Robert Morrison and Heather Marie Morrison** | BANKRUPTCY CASE NUMBER<br>**04-25296-JGM** |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>EASTERN | DIVISIONAL OFFICE<br>LITTLE ROCK | NAME OF JUDGE<br>**James G. Mixon** |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE
(Check one only)    __X__ FEE ATTACHED    ____ FEE NOT REQUIRED    ____ FEE IS DEFERRED

| DATE<br>03-23-05 | PRINT NAME OF ATTORNEY<br>**Christian Frank** | SIGNATURE OF ATTORNEY<br>/s/ Christian W. Frank |
|---|---|---|

Lee dl192904.01

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| In re:<br><br>Joshua Robert Morrison,<br>Heather Marie Morrison<br>    Debtors.<br><br>MBNA America Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Joshua Robert Morrison,<br><br>    Defendant. | Bankruptcy Case No. 04-25296-JGM<br><br>ADV. NO.<br><br>**COMPLAINT TO DETERMINE<br>and DENY<br>DISCHARGEABILITY OF<br>INDEBTEDNESS<br>(11 U.S.C. § 523)** |

COMES NOW Plaintiff, by and through its attorney of record, Christian Frank, to allege and complain as follows:

## I. PARTIES AND JURISDICTION

1. Plaintiff is a foreign corporation licensed to do business in the State of Arkansas with all fees and licenses paid, and otherwise is entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition on 12/22/2004.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core matter.

4. Plaintiff is a creditor in this bankruptcy proceeding.

## II. CAUSE OF ACTION

5. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6. Defendant had a charge account with MBNA America Bank, N.A., Account No. XXXXXX3807.

Lee dl192904.01

7. Defendant incurred charges and cash advances on this account totaling $4,195.12, including interest, as of 12/22/2004, the date the bankruptcy petition was filed.

8. Between 09/11/2004 and 09/16/2004 Defendant accumulated $617.00 in retail charges.

9. Between 09/11/2004 and 09/16/2004 Defendant incurred $1,002.00 in cash advance and/or convenience check charges.

10. During and after this time, Defendant remitted no payments.

11. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

12. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

13. Plaintiff reasonably relied on the representations made by Defendant.

14. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

15. Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud.

16. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $1,619.00.

17. Pursuant to 11 USC § 523(a)(2)(A), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $1,619.00.

Lee dl192904.01

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $1,619.00, plus accrued interest at the contractual rate from and after 12/22/2004, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2)(A);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED 03-23-05

Respectfully submitted,

By   /s/ Christian W. Frank
Christian Frank, Bar # 01219
Southern and Allen
12410 Cantrell, Suite 100
Little Rock, AR 72223
Telephone: 501-227-2000

Lee dl192904.01

DECLARATION OF CHRISTIAN FRANK

I, Christian Frank, declare and state as follows:

1. I am an attorney licensed to practice in the State of Arkansas. Weinstein & Riley, P.S. is national counsel for MBNA America Bank, N.A. and I am familiar with the matters herein stated by virtue of my review of and familiarity with Plaintiff's records generally, and those pertaining particularly to this matter.

2. This Statement of Corporate Ownership is provided pursuant to the requirements of Federal Rules of Bankruptcy Procedures Section 7007 and no entity directly or indirectly owns Ten Percent (10%) or more of a class of the corporation's equity interest.

3. Any further changes that would require notification to the court will promptly be provided by an Amended Statement of Corporate Ownership.

/S/ Christian W. Frank
Christian Frank, Bar No. 01219
Southern & Allen, Local Counsel for
Weinstein & Riley, P.S.
Counsel for MBNA America Bank, N.A

Lee dl192904.01